IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| | § | **CASE NUMBER 4:20-CR-00257-SDJ** |
| **v.** | § | |
| | § | |
| | § | |
| **ALONZO SPILLER JONES,** | § | |
| | § | |

**REPORT AND RECOMMENDATION OF
UNITED STATES MAGISTRATE JUDGE**

On December 16, 2024, the court conducted a hearing to consider the government's petition to revoke the supervised release of Defendant Alonzo Jones. The government was represented by Lucas Machicek, Assistant United States Attorney for the Eastern District of Texas, and Defendant was represented by Jon Hyatt.

Defendant originally pled guilty to the offense of Felon in Possession of a Firearm, a Class C felony. The United States Sentencing Guideline range for this offense, based on a total offense level of 15 and a criminal history category of V, was 37 to 46 months. The offense carried a maximum imprisonment term of 10 years. On January 24, 2025, District Judge Sean Jordan sentenced Defendant to 30 months imprisonment followed by three years of supervised release, subject to the standard conditions of release, plus special conditions to include financial disclosure, drug aftercare, mental health treatment, earn a high school equivalency certificate, and a $100 special assessment fee. On September 20, 2024, Defendant completed his term of imprisonment and began service of his term of supervision.

Under the terms of supervised release, Defendant was required to acquire a high school equivalency certificate. In Allegation 2 of its petition, the government alleges that Defendant violated the conditions of his supervised release when he failed to acquire a high school equivalency certificate and has not made any efforts to test or attend classes. If the court finds by a preponderance of the evidence that Defendant violated the conditions of supervised release by failing to obtain his high school equivalency certificate, Defendant will have committed a Grade C violation. U.S.S.G. § 7B1.1(a). Upon a finding of a Grade C violation, the court may revoke the term of supervision. U.S.S.G. § 7B1.3(a)(2). Considering Defendant's criminal history category of V, the Guideline imprisonment range for a Grade C violation is 7 to 13 months. U.S.S.G. § 7B1.4(a).

At the hearing, the parties indicated that they had come to an agreement to resolve the petition whereby Defendant would plead true to violating the conditions of supervision as alleged in Allegation 2 of the government's petition. In exchange, the government agreed to recommend to the court a sentence of 13 months imprisonment, with no supervised release to follow.

The court therefore **RECOMMENDS** that Defendant's plea of true be accepted and he be sentenced to a term of 13 months imprisonment, with no supervised release to follow. The court further **RECOMMENDS** that Defendant serve his sentence at FCI Seagoville, Texas and that Defendant receive drug/alcohol treatment. The parties waived their right to objections so this matter shall be immediately presented to the District Judge for consideration.

**So ORDERED and SIGNED this 17th day of December, 2024.**

JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE